UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 2:13-cr-3

v.         HON. JANET T. NEFF

CARL ALPHONZO CRANE II,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On February 14, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging six violations of the defendant's conditions of supervised release.

An initial appearance on the summons was conducted on March 13, 2017 at which time the defendant was not detained and remained under the conditions of his current supervised release order.

On May 18, 2017, the parties appeared before the undersigned for a revocation hearing. Defendant submitted a waiver of his right to a preliminary hearing, right to a revocation hearing, right to appear before a District Judge, and right to allocution before a district judge. At this time, the defendant admitted to violation #1 as set forth in the petition. For the reasons stated on the record, it is recommended that the Court find the defendant did violate the condition of supervised release as set forth in violation #1

of the petition and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date: May 19, 2017 /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to <u>de</u> <u>novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).