UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                          Case No. 2:13-cr-3

CARL ALPHONZO CRANE II,                  HON. JANET T. NEFF

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on May 19, 2017 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 41) is approved and adopted as the opinion of the Court.

2. The Court finds that the defendant did violate the condition of supervised release as set forth in Violation One of the petition.

A Judgment will issue.


Dated: June 6, 2017                                                /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge